# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICRO ELECTRONICS, INC.,**
**d/b/a MICRO CENTER,**

    **Plaintiff,**

    **vs.**                                               **Civil Action 2:10-CV-943**
                                                          **Judge Frost**
                                                          **Magistrate Judge King**

**10VOX ENTERTAINMENT, LLC,**

    **Defendant.**

## **ORDER**

On January 12, 2011, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the motion to remand be denied. *Report and Recommendation*. (ECF No. 16.) Although the parties were advised of their right to object and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

Under these circumstances, the *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. The motion to remand (ECF No. 5) is **DENIED.**

    **IT IS SO ORDERED**.

                                                                   /s/   Gregory L. Frost
                                                                 Gregory L. Frost
                                                                 United States District Judge